# UNITED STATES DISTRICT COURT
for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

*Plaintiff*

v.

Cameron Patterson

*Defendant*

MAGISTRATE JUDGE: __CARI FAIS__

CASE NO. __25-mj-10284__
DATE OF PROCEEDINGS: __12/19/2025__

DATE OF ARREST: __12/19/2025__

**PROCEEDINGS:** __Initial Appearance__

- [ ] COMPLAINT
- [✗] ADVISED OF RIGHTS [ ]
- [ ] WAIVER OF COUNSEL
- [✗] APPT. OF COUNSEL: [✗] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [✗] FINANCIAL AFFIDAVIT EXECUTED [ ] FINANCIAL COLLOQUY
- [X] __Waived formal reading of complaint__
- [x] Padilla warning read into record.
- [ ]
- [ ]

- [X] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:_____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED_____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:_____

DATE:_____
DATE:_____
DATE:_____
DATE:_____
DATE:_____

**APPEARANCES:**

AUSA: __Susan Millenky__

DEFT. COUNSEL: __Michael Thomas__

PO/PTS:_____

INTERPRETER_____
Language:

TIME COMMENCED: __3:12 p.m.- 3:32 p.m.__
TIME TERMINATED: __4:52 p.m.-5:07 p.m.__
CD NO: __ECR__

Querube Abreu
_____
DEPUTY CLERK