**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                Case No.: 2:25−mj−10284−MAH

                                Magistrate Judge Michael A. Hammer

CAMERON PATTERSON

                Defendant.

## ORDER APPOINTING PUBLIC DEFENDER

    The financial inability of the defendant to retain counsel and having been established by the Court, and the defendant not having waived the appointment of counsel,
    **IT IS** on this 19th day of December, 2025,
  **ORDERED** that Michael Thomas from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                                      s/ Magistrate Judge Cari Fais

                                      United States Magistrate Judge