**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**


UNITED STATES OF AMERICA

                Plaintiff,

v.                                   Case No.: 2:25−mj−10284−MAH

                                   Magistrate Judge Michael A. Hammer

CAMERON PATTERSON

                Defendant.


**ORDER**


    Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on 12/19/2025, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.


        December 19, 2025                s/ Magistrate Judge Cari Fais

                DATED                United States Magistrate Judge