UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| v. | : | Mag. No. 25-10284 |
| CAMERON PATTERSON | : | **ORDER FOR CONTINUANCE** |

1.      This matter came before the Court on the joint application of the United States (Susan Millenky, Assistant U.S. Attorney, appearing), and defendant Cameron Patterson (Michael A. Thomas, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through June 19, 2026.

2.      This Court granted two § 3161(h)(7)(A) continuances previously in this case.

3.      The United States has provided the defendant with pre-indictment discovery.

4.      Counsel for the parties represented that they are exploring a resolution to this matter and that this continuance is necessary to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

5.      Counsel for the parties further represented that this continuance is necessary for effective preparation of the case.

6.      Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

7.      The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

8.   The defendant, through counsel, has consented to this continuance.

9.   FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.   Despite the exercise of diligence, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

b.   Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 60 days from April 21, 2026, through June 19, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a

2

finding or representation that less than 31 non-excludable days under § 3161(h)

have expired.

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge

Dated: April 15, 2026

Form and entry consented to:

Susan Millenky
Assistant U.S. Attorney

Michael A. Thomas, Esq.
Attorney for Cameron Patterson

3